



# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CYTODYN OF NEW MEXICO, INC.,<br><br>Debtor. | USBC New Mexico<br>Case No. 07-11008 - s11<br><br>Adv. No. 07-01325-TD<br><br>Chapter 11 |
| MAYA, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CYTODYN OR NEW MEXICO, INC., a corporation; CYTODYN, INC., a corporation; ALLEN D. ALLEN; CORINNE E. ALLEN; AMERIMMUNE PHARMACEUTICALS, INC.; AMERIMMUNE, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | EVIDENTIARY RULINGS<br><br>DATE:    July, 11, 2007<br>TIME:    11:00 a.m.<br>PLACE:   Courtroom 1345 |

The following are my evidentiary rulings based on objections to written declarations filed by Allen D. Allen (Allen) and Maya, LLC (Maya).

**1.** Objections were filed by Maya to the following declarations, filed on behalf of Allen:

**Brubacher declaration in support of motion to transfer, filed May 18, 2007**

Maya filed evidentiary objections to the May 18 Brubacher declaration on May 30, 2007. I am ruling on the May 30 objections as follows:

| Paragraph and Line Number | Ruling |
| --- | --- |
| 5:27-6 | Sustained |
| 6:7-13 | Sustained |
| 7(a):18-21 | Sustained |
| 7(b):22-23 | Sustained |
| 7(d):26-27 | Sustained |
| 7(e):28-3 | Overruled |
| 7(f):4-7 | Sustained |
| 7(g):8-10 | Sustained |
| 9:19-3 | Sustained |
| 10:4-11 | Sustained |
| 11:12-14 | Sustained |

**Brubacher declaration in opposition to motion for abstention and remand, filed May 30, 2007**

Maya filed evidentiary objections to the May 30 Brubacher declaration on June 6, 2007. I am ruling on the June 6 objections as follows:

| Paragraph and Line Number | Ruling |
| --- | --- |
| 5:27-6 | Sustained |
| 6:7-8 | Sustained |
| 7(a):13-19 | Sustained |

2

| | |
|---|---|
| 7(b):20-21 | Sustained |
| 7(d):24-25 | Sustained |
| 7(e):26-28 | Overruled |
| 7(f):1-7 | Sustained |
| 7(g):8-15 | Sustained |
| 11:27-6 | Sustained |
| 12:8-14 | Overruled |
| 13:15-4 | Sustained |
| 14:5-11 | Sustained |
| 15:12-15 | Sustained |

**2.** Objections were filed by Allen on June 6, 2007 to the following declarations, filed on behalf of Maya.

**Lorman declaration in opposition to motion to transfer, filed May 30, 2007**

Sustained as to objections to ¶ 3 line 10; ¶ 54 lines 13-14; ¶ 57, line 28; and ¶ 66. Otherwise, the objections are overruled.

The declarant's testimony and exhibits are offered not to prove the truth of the matters asserted, but to explain the history of the underlying lawsuit and the basis for Maya's opposition to transfer of the lawsuit to the New Mexico bankruptcy court. Lorman appears to have fairly explained this history from the standpoint of his long-standing involvement in the dispute as Maya's (and Lewis') state court lawyer. The declaration asserts claims that have not yet been proved in court but require, for proper determination, a trial and a verdict and decision based on disputed claims arising during four years of litigation in the Los Angeles Superior Court.

SO ORDERED.

DATED: 7/20/07

*/s/ Thomas B. Donovan*
THOMAS B. DONOVAN
United States Bankruptcy Judge

3

NOTICE OF ENTRY OF JUDGMENT OR ORDER
AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST LISTED BELOW:

1. You are hereby notified that a judgment or order entitled:

EVIDENTIARY RULINGS

was entered on 7-23-07.

2. I hereby certify that I mailed a true copy of the order or judgment to the persons and entities listed below on 7-23-07.

Debtor/Defendant
Cytodyn of New Mexico, Inc.
227 East Palace Ave.
Suite M
Santa Fe, NM 87501

Attorney for Debtor
William F. Davis, Esq.
William F. Davis & Associates, P.C.
6709 Academy NE, Suite A
P.O. Box 6
Albuquerque, NM 87103

Defendants
Allen D. Allen
4236 Longridge Ave. #302
Studio City, CA 91604

Corinne E. Allen
227 E. Palace Avenue
Suite M
Santa Fe, NM 87501

Amerimmune Pharmaceuticals, Inc.
2325-A Renaissance Drive
Las Vegas, NV 89119

Attorney for Defendants
Gregory M. Salvato
Parker Milliken Clark O'Hara & Samuelian
555 S. Flower St. 30th Floor
Los Angeles, CA 90071

Plaintiff
Maya, LLC
c/o Bruce Lorman
1416 Sixth Street
Santa Monica, CA 90401

Attorney for Plaintiff
J. Scott Bovitz, Esq.
Bovitz & Spitzer
880 West First Street
Suite 502
Los Angeles, CA 90012

U.S. Trustee
Office of the U. S. Trustee
Ernst & Young Plaza
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

Dated: 7-23-07

*/s/ Clerk*

4